UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Roy D. Newport; Larry D. Ralston; Beach City, Inc.; Chris G. Bredesen; Brening Enterprises, LP; Brening Enterprises, No. 3, Inc.; The Rab, LLC; 952 Enterprises, LLC; Masroor A. Batla; Tallat Batla; Bayshore Foods, Inc.,; Eureka Fortune, Inc.; Shenandoah Valley Enterprises, Inc.; Charles D. Cobb; Robert T. Chiu; Centennial Management Corporation; Deep Valley Enterprises, Inc.; Dhillion ABS Investment, Inc.; C&L 28, inc.; Evergreen Restaurant Group California, Inc.; Gate 74, inc.; Herbert Hakimianpour; Robert Hakimianpour; Violet Hakimianour; Elham Hakimianpour; Hart Foods, Inc.; Ho Yee Restaurant; J and A Food Service, Inc.; Jose Villafor; Carolyn P. Arnold; Albert Gonzalez III; Mangen Group, Inc.; Mancha Development Company; Danabo Group, Inc.; Midas Enterprises Corporation; Metro Management Systems, Inc. f/k/a Progressive Management Systems; Puja Restaurant Group, Inc.' Ravind Ent., Inc.; Reddy Holly, L.P., Sacca Corp.; Guisse M. Hampton; David Lynwood Hairston; S J Quickbite, Inc.; Summit Equity Group, Inc.; Tri-City Foods, inc.; Patel Brothers, Inc.; Richard G. Whitehurst; Lorraine D. Whitehurst; WDR Restaurants, Inc. f/k/a/ HKR Restaurants, Inc.; and Allience, Inc. (aka Zuberi & Musavi Group)<br>    Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION<br><br>    Defendant. | Case No. CV 10 4511<br><br>[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION |

Michael D. Joblove, an active member in good standing of the bar of the Florida Supreme Court

- 1 -
[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION

1   and the United States District Court for the Southern District of Florida,
2   whose business address and telephone number is Genovese Joblove & Battista P.A., Bank of
3   America Tower, 100 Southeast 2nd Street, 44th Floor, Miami, Florida, (305) 349-2300, having
4   applied in the above-entitled action for admission to practice in the Northern District of
5   California on a *pro hac vice* basis, representing Burger King Corporation,
6          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8   *hac vice*. Service of papers upon and communication with co-counsel designated in the
9   application will constitute notice to the party. All future filings in this action are subject to the
10  requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: __November 1, 2010.__                     _____
                                                      Judge William Alsup