UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY D. NEWPORT, *et al.*, | Case No. CV-10-4511-WHA |
|         Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO AMEND ANSWER AS A MATTER OF COURSE** |
|     vs. | |
| BURGER KING CORPORATION, | |
|         Defendant. | |

Pursuant to Local Rule 6-2, the parties hereby stipulate that Defendant Burger King Corporation's ("BKC's") last day to amend its Answer [DE 21] as a matter of course is extended through and including January 18, 2011, and declare as follows:

1.     This is an action for declaratory relief to interpret the indemnification provisions in franchise agreements, leases, and subleases between BKC (as franchisor) and each Plaintiff (as franchisee).

2.     Pursuant to stipulation, BKC filed its Answer and Affirmative Defenses [DE 21] on December 3, 2010.

3.      The current deadline for BKC to amend its Answer, and to assert any possible counterclaims against Plaintiffs and third-parties, without the Court's leave or Plaintiffs' consent, is December 30, 2010.  Fed. R. Civ. P. 15(a)(1); 6(d).

4.      The parties agree and hereby stipulate to an enlargement of this deadline through and including January 18, 2011.

5.      Due to the vast number of Plaintiffs throughout the State of California, leased franchise restaurants, and franchise and lease agreements at issue in this action, and various scheduling conflicts and logistical concerns (including the intervening holidays), the requested enlargement of time is necessary to afford BKC, and its in-house counsel and undersigned outside counsel, an opportunity to effectively and substantively consider any amendments and/or counterclaims.

6.      There has been a recent change in the senior management team following BKC's recent acquisition by a global private equity firm.  Thus, the requested enlargement also is necessary to allow sufficient time for BKC's new management team to consider the matter.

7.      Previous time modifications in this case have been made by stipulation only: extensions for BKC's answer to the Complaint [DE 16, 19 and 20] and for the parties' meet and confer under Fed. R. Civ. P. 26(f) [DE 23].

8.      The requested time change will not affect the date of any event or deadline already fixed by this Court.

9.      Accordingly, BKC respectfully requests that the Court enter an Order granting an enlargement, through and including January 18, 2011, within which BKC may amend its Answer and/or file any counterclaims as a matter of course.

IT IS SO STIPULATED.

\

\

\

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO AMEND
ANSWER AS A MATTER OF COURSE

1    Dated: December 23, 2010    GENOVESE JOBLOVE & BATTISTA, P.A.
2                                MICHAEL D. JOBLOVE (admitted *pro hac vice*)
                                 100 SE 2nd Street, Suite 4400
                                 Miami, Florida 33131
3
                                 By:____/s/ Michael Joblove[1]_____
4                                     Attorneys for Defendant
                                      Burger King Corporation
5

6
7    Dated: December 23, 2010    HANSON BRIDGETT LLP
                                 RICHARD J. STRATTON
8                                KURT A. FRANKLIN
                                 MEGAN OLIVER THOMPSON
9                                425 Market Street, 26th Floor
                                 San Francisco, CA 94105
10
                                 By:____/s/ Richard Stratton_____
11                                    Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   _____
     [1] Pursuant to General Order No. 45, Section XB, of the United States District Court, Northern
27   District of California, I, Michael Joblove, hereby attest that concurrence in the filing of this
     stipulation has been obtained from each of the signatories designated herein.
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO AMEND
ANSWER AS A MATTER OF COURSE

1

# [PROPOSED] ORDER

2

3      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5      Dated: December 27, 2010

6

7

8

9
      _____
10
      WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO AMEND
ANSWER AS A MATTER OF COURSE