UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY D. NEWPORT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BURGER KING CORPORATION,<br><br>　　　　Defendant. | Case No. CV-10-4511-WHA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION, INTERROGATORIES, AND REQUEST FOR ADMISSIONS** |

This matter is before the Court on the Burger King Corporation's Motion to Enlarge Time to Respond to Plaintiffs' First Request for Production, Interrogatories, and Request for Admissions. Good cause having been shown, the Court hereby grants Defendant's motion. Defendant shall have though and including <u>April 20, 2011</u> within which to respond to Plaintiffs' Request for Production, Interrogatories, and Request for Admissions.

The Court expects a substantive production, not merely objections.

**IT IS SO ORDERED**.

Dated: April 6, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE