**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.
_____/

No. C 10-04511 WHA

**ORDER REGARDING MOTION PRACTICE**

    A large-scale criminal trial before the undersigned judge is underway and is expected to conclude during the late summer. Because this trial will consume an unusual amount of time and resources, motions in civil cases will be considered and heard only on a selective basis. Except for discovery disputes, no motions may be filed in this action from now on without prior written approval. A party seeking approval to file a motion must file a précis that summarizes the essence of the motion and explains its urgency. Any party opposing approval to file based on the précis may file an opposition by noon on the second business day following the day on which the précis was filed. Both the précis and the opposition must be three double-spaced pages or shorter and may not contain footnotes or attachments. After considering the précis and the opposition (if any), the Court will either grant or deny leave to file the motion. If leave is granted, a briefing schedule and hearing date will be set.

Discovery disputes will continue to be heard in the manner described at docket number 18, paragraph 25.

**IT IS SO ORDERED.**

Dated:  April 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE