UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY D. NEWPORT, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | **Case No. CV-10-4511-WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO CONDUCT MEDIATION** |

Pursuant to Local Rule 6-2, the parties hereby stipulate that the parties should be allowed through and including July 21, 2011 to conduct mediation and declare as follows:

1. The Court appointed Martin Quinn, Esq. as the Mediator assigned to this case by order dated March 25, 2011.  [DE 53].

2. Pursuant to ADR L.R. 6-4, the deadline to conduct mediation is within 90 days of this Court's January 21, 2011 Case Management Order and Reference to ADR Unit for Mediation:  April 21, 2011.  [DE 34].

1    3.    The parties and the Mediator have conducted a joint phone conference to discuss this case and mediation and agree that an extension of time to conduct mediation is warranted given the discovery that the parties wish to complete prior to mediation.

4.    The Mediator has authorized the parties to advise the Court that the Mediator believes that the extension of time is warranted and that such an extension will not disrupt Court deadlines in the case.  Further, the Mediator has authorized the parties to advise the Court that he believes that mediation in April would be pointless.

5.    Finally, the Mediator has requested that the parties file this stipulation after he contacted the Court regarding the parties' request for an extension of time to complete mediation.

6.    Accordingly, the parties respectfully request that the Court enter an Order granting an enlargement of time within which they may mediate this case <u>through and including July 21, 2011</u>.

IT IS SO STIPULATED.

Dated: April 12, 2011    GENOVESE JOBLOVE & BATTISTA, P.A.
                                               MICHAEL D. JOBLOVE (admitted *pro hac vice*)
                                               100 SE 2nd Street, Suite 4400
                                               Miami, Florida 33131

                                               By:    /s/ Michael Joblove[1]
                                                      Attorneys for Defendant
                                                      Burger King Corporation

Dated: April 12, 2011    HANSON BRIDGETT LLP
                                               RICHARD J. STRATTON
                                               KURT A. FRANKLIN
                                               MEGAN OLIVER THOMPSON
                                               425 Market Street, 26th Floor
                                               San Francisco, CA 94105

                                               By:    /s/ Richard Stratton
                                                      Attorneys for Plaintiffs

---

[1] Pursuant to General Order No. 45, Section XB, of the United States District Court, Northern District of California, I, Michael Joblove, hereby attests that concurrence in the filing of this stipulation has been obtained from each of the signatories designated herein.

1 **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 13, 2011

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE