IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.

No. C 10-04511 WHA

**ORDER TO SHOW CAUSE**

    Plaintiffs have filed a motion for leave to file a second amended complaint, noticing a hearing for May 5 (Dkt. No. 55). Under the civil local rules, defendant, who is represented by counsel, was required to file an opposition brief (or a statement of nonopposition) to the pending motion by April 14. No response was filed. Defendant is therefore ordered to show cause for its failure to respond to the motion, including via a declaration under oath, by **APRIL 20, 2011**. This order does not constitute permission to file a late opposition to the pending motion. The hearing on May 5, 2011, is **VACATED**. A new hearing shall be set by the Court if necessary.

    **IT IS SO ORDERED.**

Dated: April 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE