IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.

No. C 10-04511 WHA

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs move for leave to file a second amended complaint. Defendant has filed a statement of nonopposition. The deadline for pleading amendments in the case management order has not passed. Accordingly, plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 18, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE