**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, LARRY D. RALSTON, BEACH CITY, INC., CHRIS G. BREDESEN, BRENING ENTERPRISES, INC., BRENING ENTERPRISES, LP, BRENING ENTERPRISES NO. 3, INC., THE RAB, LLC, 952 ENTERPRISES, LLC, MASROOR A. BATLA, TALLAT BATLA, BAYSHORE FOODS, INC., EUREKA FORTUNE, INC., C&R FOODS, INC., C&S FOODS, INC., SHENANDOAH VALLEY ENTERPRISES, INC., CHARLES D. COBB, ROBERT T. CHIU, CENTENNIAL MANAGEMENT CORPORATION, DEEP VALLEY ENTERPRISES, INC., DILLON ABS INVESTMENT, INC., ROBERT ENG, RLE INVESTMENT CORPORATION, CHU INVESTMENT, INC., C&L 28, INC., EVERGREEN RESTAURANT GROUP CALIFORNIA, INC., GATE 74, INC., HERBERT HAKIMIANPOUR, ROBERT HAKIMIANPOUR, VIOLET HAKIMIANPOUR, ELHAM HAKIMIANPOUR, HART FOODS, INC., HO YEE RESTAURANT, J AND A FOOD SERVICE, INC., JOSE VILLANFLOR, CAROLYN P. ARNOLD, ALBERT GONZALEZ, III, MANGEN GROUP, INC., MANCHU DEVELOPMENT COMPANY, DANABO GROUP, INC., MIDAS ENTERPRISES CORPORATION, METRO MANAGEMENT SYSTEMS, INC., f/k/a PROGRESSIVE MANAGEMENT SYSTEMS, PUJA RESTAURANT GROUP, INC., RAVIND ENT., INC., REDDY HOLLY, L.P., SACCA CORP., GUSSIE M. HAMPTON, DAVID LYNWOOD HAIRSTON, S. J. QUICKBITE, INC., SUMMIT EQUITY GROUP, INC., TRI-CITY FOODS, INC., PATEL BROTHERS, INC., RICHARD G. WHITEHURST, LORRAINE D. WHITEHURST, WDR RESTAURANTS, INC., f/k/a HKR RESTAURANTS, INC., and ALLLENCE, INC. (aka ZUBERI & MUSAVI GROUP), | No. C 10-04511 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTE** |

      Plaintiffs,

v.

1  BURGER KING CORPORATION,

2          Defendants.

3                                                     /

4       The Court hereby **SETS** a meet-and-confer in the Court's jury room beginning from 9:30 a.m. and continuing through 2:00 p.m. (with 45 minutes for lunch at noon) on **FRIDAY, MAY 27, 2011**, concerning the discovery dispute referenced in plaintiffs' May 12, 2011, letter. At 2:00 p.m., the Court shall hold a hearing to resolve any remaining issue(s). Defendants' response is due by noon on May 25, 2011.

     Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: May 16, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California