UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT et al,<br><br>    Plaintiffs/Counter-Defendants,<br><br>  vs.<br><br>BURGER KING CORPORATION,<br><br>    Defendant/Counter-Claimant,<br><br>  vs.<br><br>ANTELOPE VALLEY RESTAURANTS, INC. et al,<br><br>    Counter-Defendants. | **Case No.  CV-10-4511-WHA**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND TIME FOR BKC TO FILE RESPONSE TO WILLIE C. COOK'S COUNTERCLAIM** |

WHEREAS Counter-Claimant BURGER KING CORPORATION ("BKC") and Counter-Defendant WILLIE C. COOK ("Cook") have stipulated and agreed to extend the due date for BKC's response to Cook's Counterclaim to July 6, 2011.

- 1 -
CASE NO. CV-10-4511-WHA
[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR BKC TO FILE
RESPONSE TO WILLIE C. COOK'S COUNTERCLAIM

1  WHEREFORE, IT IS SO ORDERED that BKC's response to the Counterclaim shall be
2  filed on or before July 6, 2011.

*[Signature of Judge William Alsup, United States District Court, Northern District of California]*

- 2 -
CASE NO. CV-10-4511-WHA
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR BKC TO FILE
RESPONSE TO WILLIE C. COOK'S COUNTERCLAIM