United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BURGER KING CORPORATION, <br><br> Defendant. <br> ──────────────────────── / <br> AND RELATED COUNTERCLAIMS. <br> ──────────────────────── / | No. C 10-04511 WHA <br><br> **ORDER DENYING AS MOOT BURGER KING CORPORATION'S MOTION TO DISMISS COUNTER-DEFENDANT WILLIE C. COOK'S COUNTERCLAIMS** |

Burger King has moved to dismiss counter-defendant Willie C. Cook's counterclaims against it. Counter-defendant Cook has now filed an amended answer and counterclaims (Dkt. No. 151). Thus, the pending motion regarding the original counterclaims is **DENIED AS MOOT**, and the motion hearing set for August 25 is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 8, 2011.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE