IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

  v.

BURGER KING CORPORATION,

    Defendant.
                            /

AND RELATED COUNTERCLAIMS.
                            /

No. C 10-04511 WHA

**ORDER GRANTING BURGER KING CORPORATION'S REQUEST FOR LEAVE TO FILE A MOTION TO DISMISS WILLIE C. COOK'S AMENDED CROSS-CLAIM**

      Burger King Corporation requests leave to file a motion to dismiss counter-defendant Willie C. Cook's amended cross-claim (Dkt. No. 159). No opposition was received to Burger King's précis. The request is **GRANTED**, with the following conditions: the motion shall be no more than 15 pages, the opposition shall be no more than 15 pages, and the reply shall be no more than 10 pages (all such limits excluding exhibits). Burger King shall file its motion (or respond by answer) by **NOON ON AUGUST 25, 2011**.

      **IT IS SO ORDERED.**

Dated: August 19, 2011.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE