IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.

                              /

AND RELATED COUNTERCLAIMS.
                              /

No. C 10-04511 WHA

**ORDER EXTENDING TIME FOR BURGER KING CORPORATION TO FILE MOTION TO DISMISS WILLIE C. COOK'S AMENDED CROSS-CLAIM**

      Burger King Corporation requests additional time to file a motion to dismiss counter-defendant Willie C. Cook's amended cross-claim given some assertedly misleading interim communications by Cook's counsel (Dkt. No. 161). For good cause shown, the request is **GRANTED**, with the following conditions: the motion shall be no more than 15 pages, the opposition shall be no more than 15 pages, and the reply shall be no more than 10 pages (all such limits excluding exhibits). Burger King shall file its motion (or respond by answer) by **SEPTEMBER 1, 2011**. Burger King's alternative request that this order enforce the parties' agreement to dismiss Cook's amended cross-claim without prejudice because Burger King accepted Cook's offer to stipulate to dismissal without prejudice is **DENIED**.

      **IT IS SO ORDERED.**

Dated: August 31, 2011.

                                                          WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE