UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, et al., <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> BURGER KING CORPORATION, <br><br> Defendant/Counter-Claimant, <br><br> vs. <br><br> ANTELOPE VALLEY RESTAURANTS, INC., et al., <br><br> Counter-Defendants. | Case No. CV-10-4511-WHA <br><br> [PROPOSED] ORDER GRANTING APPLICATION *PRO HAC VICE* OF AARON BLYNN |

Aaron Blynn, an active member in good standing of the bar of Florida, whose business address and telephone number is Genovese Joblove & Battista P.A., Miami Tower, 100 Southeast 2nd Street, 44th Floor, Miami, Florida, (305) 349-2300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Burger King Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____September 8_____, 2011

_____
William Alsup
United States District Judge