IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, | No. CV 10-04511 WHA |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE MOTION TO WITHDRAW** |
| v. | |
| BURGER KING CORPORATION, | |
| Defendant. | |

Attorney Amira Jackson, counsel for counter-defendant Willie C. Cook, requests leave to file a motion to withdraw as attorney of record for Mr. Cook (Dkt. No. 173). Leave to file a motion to withdraw as attorney of record is **GRANTED**.

Attorney Jackson is advised that she remains counsel of record for Mr. Cook and must continue to fulfill her duty as his counsel until, if ever, she is relieved of her duty as counsel.

**IT IS SO ORDERED.**

Dated: September 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE