IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.

No. C 10-04511 WHA

**ORDER DENYING DEFENDANT BURGER KING CORPORATION'S PRÉCIS REQUEST TO FILE A MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

    Defendant Burger King Corporation requests leave to file a motion for relief from Magistrate Judge Ryu's discovery order of August 16, 2011. The Court has read and carefully considered Judge Ryu's order. The order is not clearly erroneous or contrary to law. *See* FRCP 72. Thus, defendant's request to file a motion for relief from Judge Ryu's August 16 order is **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 16, 2011.

                  WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE