IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs,

    v.

BURGER KING CORPORATION,

    Defendant.

AND RELATED COUNTERCLAIMS.

No. C 10-04511 WHA

**ORDER REGARDING DEFENDANT BURGER KING CORPORATION'S REQUEST TO EXTEND TIME TO SUBMIT A REPLY IN SUPPORT OF ITS MOTION TO DISMISS WILLIE C. COOK'S AMENDED CROSS-CLAIM**

    Defendant Burger King Corporation requests leave to file a motion for an extension of time to file its reply in support of its motion to dismiss Willie C. Cook's amended cross-claim. The reply is currently due September 21, 2011. Defendant requests a seven-day extension.

    Defendant's request for leave to file a motion for extension of time is **GRANTED**. This précis is deemed to be the motion for an extension of time. Defendant is hereby granted a two-day extension. The reply is now due **SEPTEMBER 23**.

**IT IS SO ORDERED.**

Dated: September 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE