**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY D NEWPORT,

        Plaintiff(s),

  v.

BURGER KING CORP,

        Defendant(s).
_____/

No. C-10-04511-WHA (DMR)

**ORDER RE DEFENDANT'S MOTION TO COMPEL**

The court is in receipt of Defendant Burger King Corporation's ("BKC") motion to compel. [Docket No. 188.] It is hereby ORDERED that BKC file a statement with the court no later than 2:00 p.m. on September 27, 2011, stating whether it received its requested discovery from Plaintiff/Counter-Defendant Willie C. Cook. The statement shall detail what discovery BKC received and what discovery remains outstanding.

IT IS SO ORDERED.

Dated: September 27, 2011

DONNA M. RYU
United States Magistrate Judge