United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY D NEWPORT,

    Plaintiff(s),

    v.

BURGER KING CORP,

    Defendant(s).
_____/

No. C-10-04511-WHA (DMR)

**ORDER RE DEFENDANT'S MOTION TO COMPEL [DOCKET NO. 188]**

    The court is in receipt of Defendant Burger King Corporation's ("BKC") motion to compel and the letter submitted by counsel for Willie C. Cook explaining why she has not been able to fulfill the discovery requests BKC has propounded upon her client. [Docket No. 188, 189.] After reading both documents, the court hereby ORDERS that the parties shall meet and confer to resolve their outstanding discovery issues. The parties shall file a joint discovery letter in accordance with this court's procedures by October 3, 2011 if any issues remain.

    IT IS SO ORDERED.

Dated: September 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge