1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D NEWPORT, *et al.*

        Plaintiff,

  v.

BURGER KING CORPORATION,

        Defendant.
_____

AND RELATED COUNTER-ACTIONS
_____/

No. C 10-04511 WHA

**ORDER REGARDING DISCOVERY DISPUTE CUTOFF DATE**

      Counter-defendants and counter-claimants Strategic Restaurants Acquisition Company II, LLC, SRAC Holdings I, Inc. and Jerry M. Comstock (collectively "Strategic") and defendant counter-claimant and counter-defendant Burger King Corporation ("BKC") stipulate, in an effort to continue to resolve discovery issues, to extend the discovery dispute cutoff date applicable to BKC and Strategic from October 7, 2011 to October 21. The extension will not affect any other party to the action. The extension is hereby **GRANTED.**

      **IT IS SO ORDERED.**

Dated: October 7, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE