IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D NEWPORT, *et. at.*, | No. C 10-04511 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING BURGER KING CORPORATION'S REQUEST FOR LEAVE TO FILE ITS MOTION TO CONTINUE TRIAL** |
| BURGER KING CORPORATION, | |
| Defendant. | |

Defendant Burger King Corporation filed a request for leave to file a motion seeking a two week continuance for trial. Trial is scheduled for January 9, 2012. Defendants seek a continuance of the trial date due to the fact that lead counsel Michael Joblove's daughter recently became engaged and set a wedding date of January 15, 2012, to be held in Florida. Attorney Joblove seeks to be present at the wedding and customary pre-wedding activities. The Newport plaintiffs have objected to a two week continuance due to the fact that clients and witnesses have already cleared their schedules for the current trial date.

The request for leave to file a motion to continue trial is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE