United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D NEWPORT, | No. C-10-04511-WHA  (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING** |
| v. | |
| BURGER KING CORP, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letters regarding their discovery disputes. [Docket Nos. 198-201.] You are hereby notified that a hearing regarding the disputes is set for **November 14, 2011 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. Those persons most familiar with the disputes that are the subject of the letters, as well as those persons with authority to resolve the disputes, must be present for the hearing in person. At the conclusion of the hearing, those persons, along with all other counsel whose presence is necessary to conduct a meaningful meet and confer process, shall be prepared to meet and confer in the courthouse (at a location to be determined by the court) on the discovery disputes that are the subjects of the letters. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to

Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

    IT IS SO ORDERED.

Dated: October 21, 2011

_____
DONNA M. RYU
United States Magistrate Judge