UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY D NEWPORT,                       No. C-10-04511-WHA (DMR)

        Plaintiff(s),                  **NOTICE AND ORDER SETTING HEARING**

    v.

BURGER KING CORP,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery disputes. [Docket No. 215.] You are hereby notified that a hearing regarding the disputes is set for **November 14, 2011 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. Those persons most familiar with the disputes that are the subject of the letter, as well as those persons with authority to resolve the disputes, must be present for the hearing in person. At the conclusion of the hearing, those persons, along with all other counsel whose presence is necessary to conduct a meaningful meet and confer process, shall be prepared to meet and confer in the courthouse (at a location to be determined by the court) on the discovery disputes that are the subjects of the letter. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's

calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: October 24, 2011

DONNA M. RYU
United States Magistrate Judge

2