United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et. al.*, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> BURGER KING CORPORATION, <br><br> Defendant/Counter-Claimant. <br>_____/ | No. C 10-04511 WHA <br><br> **ORDER DENYING BURGER KING CORPORATION'S REQUESTS FOR LEAVE TO FILE A MOTION TO STRIKE PLAINTIFFS' ERRATA AND RESPONSE TO BURGER KING CORPORATION'S DISCOVERY LETTER** |

The Court is in receipt of Burger King Corporation's request and plaintiffs' opposition to the request for leave to file a motion to strike plaintiffs' errata to the October 7, 2011, joint discovery letter (Dkt. Nos. 208, 211). The Court is also in receipt of Burger King's request and plaintiffs' opposition to the request for leave to file a motion to strike plaintiffs' response to Burger King's discovery letter (Dkt. Nos. 209, 212).

Discovery dispute issues have been referred to Magistrate Judge Ryu. The parties have been put on notice of Magistrate Judge Ryu's discovery dispute procedures (Dkt. No. 118). Discovery dispute issues, such as those addressed in the requests at issue here, shall be decided by Magistrate Judge Ryu. Therefore, Burger King's request for leave to file a motion to strike

plaintiffs' errata to the October 7, 2011, joint discovery letter is **DENIED**. Burger King's request for leave to file a motion to strike plaintiffs' response to Burger King's discovery letter is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 25, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE