GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

GENOVESE JOBLOVE & BATTISTA, P.A.
MICHAEL D. JOBLOVE (admitted *pro hac vice*)
NINA GREENE (admitted *pro hac vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2333
Facsimile: (305) 349-2310

*Attorneys for Defendant/Counter-Claimant Burger King Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT et al,<br><br>Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>BURGER KING CORPORATION,<br><br>Defendant/Counter-Claimant,<br><br>vs.<br><br>ANTELOPE VALLEY RESTAURANTS, INC. et al,<br><br>Counter-Defendants. | **Case No. CV-10-4511-WHA**<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT/COUNTER-CLAIMANT BURGER KING CORPORATION'S REQUEST TO APPEAR TELEPHONICALLY AT THE NOVEMBER 14, 2011 HEARING** |

This matter is before the Court on the Burger King Corporation's ("BKC") Request to Appear Telephonically at the November 14, 2011 Hearing (the "Request").

1  Good cause having been shown, the Court hereby grants Defendant/Counter-Claimant
2  BKC's Request.  BKC's lead trial counsel shall appear telephonically for the November
3  14, 2011 hearing.
4  **IT IS SO ORDERED**.
5
6  Dated: November _7__, 2011

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

20  2000-599/#2711

- 2 -
CASE NO. CV-10-4511-WHA
[PROPOSED] ORDER GRANTING BURGER KING CORPORATION'S REQUEST TO APPEAR
TELEPHONICALLY AT THE NOVEMBER 14, 2011 HEARING