```
1  LAW OFFICES OF KEVIN B. KEVORKIAN
   KEVIN B. KEVORKIAN, SBN130242
2  675 Hartz Avenue, Suite 104
   Danville, CA, 94526
3  Telephone:   (925) 838-0900
   Facsimile:   (925) 831-1722
4
   Attorneys for Plaintiff Summit Equity Group,
5  Inc.

6  HANSON BRIDGETT LLP
   RICHARD J. STRATTON, SBN54648
7  rstratton@hansonbridgett.com
   KURT A. FRANKLIN, SBN172715
8  kfranklin@hansonbridgett.com
   MEGAN OLIVER THOMPSON, SBN256654
9  moliverthompson@hansonbridgett.com
   425 Market Street, 26th Floor
10 San Francisco, California 94105
   Telephone:   (415) 777-3200
11 Facsimile:   (415) 541-9366

12 Attorneys for Plaintiffs/Counter-Defendants
   and Numerous Counter-Defendants
13
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY D. NEWPORT, et al., | CASE NO. CV 10-04511 WHA |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUMMIT EQUITY GROUP, INC. AND ~~[PROPOSED]~~ ORDER APPROVING SUBSTITUTION** |
| v. | |
| BURGER KING CORPORATION, | |
| Defendant. | Case Filed:  October 5, 2010 |
| | Trial Date:  January 9, 2012 |
| BURGER KING CORPORATION, | |
| Defendant/Counter-Claimant, | |
| v. | |
| ANTELOPE VALLEY RESTAURANTS, INC., et al., | |
| Counter-Defendants. | |

3771820.1

SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUMMIT EQUITY GROUP, INC.
(CASE NO. CV 10-04511 WHA)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, Plaintiff Summit Equity Group, Inc. has consented to, and hereby requests that the Court permit and approve, the substitution of the Law Offices of Kevin B. Kevorkian for Hanson Bridgett LLP as counsel of record for Summit Equity Group, Inc. in the above-captioned matter.

Withdrawing counsel for Plaintiff Summit Equity Group, Inc. are:

Richard J. Stratton, Esq.
Kurt A. Franklin, Esq.
Megan Oliver Thompson, Esq.
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Upon approval of this substitution, all pleadings, orders, and notices should hereafter be served upon the following substituted counsel for Plaintiff Summit Equity Group, Inc.:

Law Offices of Kevin B. Kevorkian
Kevin B. Kevorkian, Esq.
675 Hartz Avenue, Suite 104
Danville, CA, 94526
Telephone:   (925) 838-0900
Facsimile:    (925) 831-1722

I consent to this substitution of counsel.

DATED: November 2_, 2011

By: _____
SUMMIT EQUITY GROUP, INC.

I consent to this substitution of counsel and request to withdraw from representation.

DATED: November ____, 2011          HANSON BRIDGETT LLP

By: _____
MEGAN OLIVER THOMPSON
Attorneys for Plaintiffs/Counter-Defendants and Numerous Counter-Defendants

-2-

SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUMMIT EQUITY GROUP, INC.
(CASE NO. CV 10-04511 WHA)

3771820.1

-2-

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, Plaintiff Summit Equity Group, Inc. has consented
3  to, and hereby requests that the Court permit and approve, the substitution of the Law
4  Offices of Kevin B. Kevorkian for Hanson Bridgett LLP as counsel of record for Summit
5  Equity Group, Inc. in the above-captioned matter.

6  Withdrawing counsel for Plaintiff Summit Equity Group, Inc. are:

Richard J. Stratton, Esq.
Kurt A. Franklin, Esq.
Megan Oliver Thompson, Esq.
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

12  Upon approval of this substitution, all pleadings, orders, and notices should
13  hereafter be served upon the following substituted counsel for Plaintiff Summit Equity
14  Group, Inc.:

Law Offices of Kevin B. Kevorkian
Kevin B. Kevorkian, Esq.
675 Hartz Avenue, Suite 104
Danville, CA, 94526
Telephone:   (925) 838-0900
Facsimile:    (925) 831-1722

I consent to this substitution of counsel.

DATED: November ____, 2011

By: _____
SUMMIT EQUITY GROUP, INC.

I consent to this substitution of counsel and request to withdraw from representation.

DATED: November __2__, 2011       HANSON BRIDGETT LLP

By: /s/ Megan Oliver Thompson
MEGAN OLIVER THOMPSON
Attorneys for Plaintiffs/Counter-Defendants and
Numerous Counter-Defendants

-2-

SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUMMIT EQUITY GROUP, INC.
(CASE NO. CV 10-04511 WHA)

3771820.1

I consent to this substitution of counsel.

DATED: November 3, 2011        LAW OFFICES OF KEVIN B. KEVORKIAN

By: _____
KEVIN B. KEVORKIAN
Attorneys for Summit Equity Group, Inc.

The above withdrawal and substitution of counsel is approved on the condition that counsel will not seek a postponement of trial on account of this substitution.

IT IS SO ORDERED.

DATED: November 21, 2011.        _____
William Alsup
UNITED STATES DISTRICT COURT

-3-
SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUMMIT EQUITY GROUP, INC.
(CASE NO. CV 10-04511 WHA)