IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>BURGER KING CORPORATION,<br><br>Defendant.<br>_____ / | No. C 10-04511 WHA<br><br>**ORDER ON STIPULATED REQUEST FOR ORDER CHANGING TIME FOR EXPERT DISCOVERY CUTOFF DATE** |

     The Court is in receipt of the stipulated request by Strategic Restaurants Acquisition Company II, LLC, SRAC Holdings I, Inc., and Jerry M. Comstock, plaintiffs and counter-defendants Roy D. Newport *et al.*, and defendant, counter-claimant, and counter-defendant Burger King Corporation for an order extending the expert discovery cutoff date to provide counsel an opportunity to complete depositions of the experts. The expert discovery cutoff date will be extended from November 4, 2011, to **NOVEMBER 30**.

**IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE