Dated: November 29, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE