**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al*.,

    Plaintiffs/Counter-Defendants,

  v.

BURGER KING CORPORATION,

    Defendant/Counter-Claimant,

  v.

ANTELOPE VALLEY RESTAURANTS, INC., *et al.*,

    Counter-Defendants.

No. C 10-04511 WHA

**ORDER TO SHOW CAUSE**

In light of the order dated April 6, 2011, (Dkt. No. 60), all counsel who filed summary judgment motions are requested to explain by **NOON TOMORROW**, why they did not follow the précis procedure in the order dated April 6, and to show cause why said motions should not be denied for non-compliance.

**IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE