IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et al.*, | No. C 10-04511 WHA |
| Plaintiffs/Counter-Defendants, | |
| v. | **ORDER REQUESTING RESPONSE** |
| BURGER KING CORPORATION, | |
| Defendant/Counter-Claimant, | |
| v. | |
| ANTELOPE VALLEY RESTAURANTS, INC, *et al.* | |
| Counter-Defendants. | |

Burger King Corporation claims to have tendered the defense of the *Castaneda* action but the undersigned judge cannot find any tender letter. Please advise where in the existing record a tender letter can be found, and if one was not timely and effectively made, what the effect would be under the California Civil Code. Please respond by **NOON ON FRIDAY**. BKC may respond with five pages or less. All other parties must file a joint response of five pages or less.

**IT IS SO ORDERED.**

Dated: November 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE