**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY D NEWPORT,

        Plaintiff(s),

  v.

BURGER KING CORP,

        Defendant(s).

_____/

No. C-10-04511-WHA (DMR)

**ORDER VACATING AND RESETTING HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' letters regarding their discovery dispute. [Docket Nos. 345-46.] You are hereby notified that, per the parties' request, the hearing set for December 8, 2011 is VACATED. The new hearing regarding the dispute is set for **December 22, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: December 1, 2011

_____
DONNA M. RYU
United States Magistrate Judge