IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

BURGER KING CORPORATION,

    Defendant/Counter-Claimant,

v.

ANTELOPE VALLEY RESTAURANTS, INC, *et al.*

    Counter-Defendants.

/

No. C 10-04511 WHA

**ORDER REQUIRING RESPONSE FROM COUNSEL**

Unless counsel advises that this case is on the verge of settlement, the court intends to refer this case to a magistrate judge for mediation and to require all parties and counsel to attend in person. Please advise by **MONDAY, DECEMBER 5, 2011**, as to whether this case is on the verge of settlement.

**IT IS SO ORDERED.**

Dated: December 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE