**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ROY D. NEWPORT, *et al.*,                          No. C 10-04511 WHA

11            Plaintiffs/Counter-Defendants,

12      v.                                              **ORDER ON DEFENDANT**
                                                        **BURGER KING'S REQUEST AT**
13   BURGER KING CORPORATION,                           **DOCKET NUMBER 373 FOR**
                                                        **LEAVE TO FILE A MOTION TO**
14            Defendant/Counter-Claimant,               **STRIKE EVIDENTIARY**
                                                        **OBJECTIONS**
15      v.

16   ANTELOPE VALLEY RESTAURANTS, INC, *et al.*

17            Counter-Defendants.
                                                    /
18

19         Defendant Burger King Corporation has submitted a "request for leave to file a motion to

20   strike evidentiary objections [Dkt. Nos. 350-1 and 361], or, in the alternative, request that the

21   court overrule the evidentiary objections or grant [BKC] leave to respond to the same" (Dkt. No.

22   373).  Plaintiffs/counter-defendants oppose (Dkt. No. 386).  Strategic Restaurants Acquisition

23   Company II, LLC, SRAC Holdings, I, Inc., and Jerry M. Comstock ("Strategic") have not filed a

24   response.

25         The request is deemed to be the motion.  Rule 7-3(c) states, "[a]ny evidentiary and

26   procedural objections to the opposition must be contained within the reply brief or

27   memorandum."  Counter-defendants and Strategic each filed reply briefs in support of their

28   respective motions for summary judgment (Dkt. Nos. 350 and 367).  Likewise, they each filed

**United States District Court**

For the Northern District of California

1   objections to evidence submitted by BKC in opposition to their respective motions for summary

2   judgment (Dkt. Nos. 350-1 and 361).

3       Evidentiary objections "must be contained within the reply brief or memorandum," not

4   filed as a separate submission, or even contained in an attachment to the reply, as is the case with

5   Strategic's evidentiary objection.  Thus, the submissions at docket numbers 350-1 and 361 are

6   hereby **STRICKEN**.  As is required, the Court will independently consider the admissibility of any

7   evidence relied on in ruling on the motions for summary judgment.

8

9       **IT IS SO ORDERED.**

10

11  Dated:  December 5, 2011.

                        WILLIAM ALSUP

12                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2