IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

BURGER KING CORPORATION,

    Defendant/Counter-Claimant,

v.

ANTELOPE VALLEY RESTAURANTS, INC, *et al.*

    Counter-Defendants.

No. C 10-04511 WHA

**ORDER ON REQUESTS FOR JUDICIAL NOTICE**

The parties have submitted several requests for judicial notice (Dkt. Nos. 225, 231, 321). There is no need to wade through the process of taking judicial notice of the requested documents because there are too many fact issues regardless. Thus, the requests for judicial notice are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: December 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE