IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY D. NEWPORT, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

BURGER KING CORPORATION,

    Defendant/Counter-Claimant,

v.

ANTELOPE VALLEY RESTAURANTS, INC, *et al.*

    Counter-Defendants.

    /

No. C 10-04511 WHA

**NOTICE REGARDING UPCOMING PRETRIAL CONFERENCE**

    This is a reminder that the final pretrial conference shall be at **2 P.M. ON DECEMBER 19, 2011**. Per the order dated December 1, 2011, Burger King Corporation is limited to five motions *in limine* totaling forty pages. All other parties combined are likewise limited to five motions *in limine* totaling forty pages. Each side may append a limited but reasonable number of supporting exhibits (Dkt. No. 383). If you have not already done so, please read and follow the "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup," which is available on the district court's website at http://www.cand.uscourts.gov.

    **IT IS SO ORDERED.**

Dated: December 6, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE