IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et al.*, | No. C 10-04511 WHA |
| Plaintiffs/Counter-Defendants, | |
| v. | **ORDER STRIKING SUBMISSIONS AT DOCKET NUMBERS 415, 416, AND 417** |
| BURGER KING CORPORATION, | |
| Defendant/Counter-Claimant, | |
| v. | |
| ANTELOPE VALLEY RESTAURANTS, INC, *et al.* | |
| Counter-Defendants. | |

Burger King Corporation has filed a request to strike their submissions at docket numbers 415, 416, and 417 so they can be re-filed in the proper format. BKC's submissions at docket numbers 415, 416, and 417 are hereby **STRICKEN**.

**IT IS SO ORDERED.**

Dated: December 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE