IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et al.*, | No. C 10-04511 WHA |
| Plaintiffs/Counter-Defendants, | |
| v. | **ORDER DENYING WILLIE C. COOK'S REQUEST IN SUPPORT OF A MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT CONFERENCE STATEMENT** |
| BURGER KING CORPORATION, | |
| Defendant/Counter-Claimant, | |
| v. | |
| ANTELOPE VALLEY RESTAURANTS, INC, *et al.* | |
| Counter-Defendants. | |

Counter-defendant Willie C. Cook has filed a request in support of a motion for an extension of time to file a settlement conference statement (Dkt. No. 413). Counsel for Mr. Cook has stated she is a solo practitioner and cannot meet the deadline for filing a settlement conference statement in this case and also meet existing obligations in other cases.

By order dated December 9, counsel was notified that the settlement conference was scheduled for December 20, 2011, and that the settlement conference statement must be lodged with Magistrate Judge Joseph C. Spero's chambers by December 14, 2011. Counsel must submit the settlement conference statement by December 14, in order to permit Magistrate Judge Spero

1  sufficient time to review it prior to the settlement conference.  The request to file a motion for an
2  extension of time is **DENIED**.

4       **IT IS SO ORDERED.**



6  Dated:  December 13, 2011.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE