IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT, *et al.*, | No. C 10-04511 WHA |
| Plaintiffs/Counter-Defendants, | |
| v. | **ORDER REGARDING UPCOMING PRETRIAL CONFERENCE** |
| BURGER KING CORPORATION, | |
| Defendant/Counter-Claimant, | |
| v. | |
| ANTELOPE VALLEY RESTAURANTS, INC, *et al.* | |
| Counter-Defendants. / | |

The Court is in receipt of Burger King Corporations's request to continue the final pretrial conference due to a family emergency of one of BKC's lead counsel (Dkt. No. 404). The Court will go ahead with the pretrial conference as scheduled for 2:00 p.m. on December 19, 2011. However, the Court is sympathetic to the family emergency, so the principal order of business will be a more general discussion about whether to postpone the trial until after resolution of the companion case, *Vallabhapurapu*, *et al. v. Burger King Corporation*. Thus, this will be a higher level strategic case management conference and will not get into the specific motions *in limine*. In light of the shift in focus of the hearing and given the need for the Court to proceed with the

1  currently scheduled date, the Court would appreciate if one counsel for each side will be in
2  attendance.

4  **IT IS SO ORDERED.**



6  Dated: December 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE