UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. NEWPORT et al,<br><br>    Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>BURGER KING CORPORATION,<br><br>    Defendant/Counter-Claimant, | Case No. CV-10-4511-WHA<br><br>Modified<br>[~~PROPOSED~~] ORDER VACATING AND RESETTING HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter is before the Court on Burger King Corporation, Strategic Restaurants Acquisition Company II, LLC, SRAC I, Inc. and Jerry M. Comstock's (collectively the "Parties") Joint Letter Requesting Continuance of the December 22, 2011 Discovery Hearing (the "Joint Request"). Good cause having been shown, the Court hereby grants the Parties' Joint Request. The hearing currently scheduled for December 22, 2011 is VACATED and will be rescheduled by this Court for a date after January ~~5~~ 12, 2012.

**IT IS SO ORDERED**.

Dated: December __21__, 2011

IT IS SO ORDERED AS MODIFIED
_Donna M. Ryu_
Judge Donna M. Ryu

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE