HANSON BRIDGETT LLP
RICHARD J. STRATTON, SBN54648
rstratton@hansonbridgett.com
KURT A. FRANKLIN, SBN172715
kfranklin@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN256654
moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiffs/Counter-Defendants
and Numerous Counter-Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY D. NEWPORT, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>BURGER KING CORPORATION,<br><br>　　　Defendant.<br><br>BURGER KING CORPORATION,<br><br>　　　Defendant and Cross-Complainant,<br><br>　v.<br><br>ANTELOPE VALLEY RESTAURANTS, INC., et al.,<br><br>　　　Counter Defendants. | CASE NO. CV 10-04511 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO FILE OBJECTIONS TO TRIAL EXHIBITS**<br><br>Judge:　　　Hon. William Alsup<br>Trial Date:　January 9, 2012<br>Time:　　　 7:30 a.m. |

3947651.1

CV 10-04511 WHA

Pursuant to Local Rule 6-2, the parties hereby stipulate, and request the Court's approval, to extend the deadline to file objections to trial exhibits under to Fed. R. Civ. P. 26(a)(3)(B) and this Court's pretrial orders from December 23, 2011 to January 3, 2012 to account for the holidays and to allow the parties additional time to meet and confer on admissibility issues.

The parties have not previously requested any extensions of this deadline. Modification of this deadline will not affect the current schedule for this case.

IT IS SO STIPULATED.

DATED: December 22, 2011        HANSON BRIDGETT LLP

By:      /s/ Megan Oliver Thompson
MEGAN OLIVER THOMPSON
Attorneys for Plaintiffs/Counter-Defendants and Numerous Counter-Defendants

DATED: December 22, 2011        AMIRA A. JACKMON

By:      /s/ Amira A. Jackmon
AMIRA A. JACKMON
Attorneys for Counter-Defendant Willie C. Cook

DATED: December 22, 2011        LAW OFFICES OF KEVIN B. KEVORKIAN

By:      /s/ Kevin B. Kevorkian
KEVIN B. KEVORKIAN
Attorneys for Summit Equity Group, Inc. and Counter-Defendant John Mascali

3947651.1

CV 10-04511 WHA
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO FILE OBJECTIONS TO TRIAL EXHIBITS

| | |
|---|---|
| DATED: December 22, 2011 | JEFFER MANGELS BUTLER & MARMARO, LLP |
| | By: /s/ Martin H. Orlick |
| | MARTIN H. ORLICK |
| | Attorneys for Counter-Defendants Strategic Restaurants Acquisition Company II, LLC, SRAC Holdings I, Inc., and Jeffrey Comstock |
| DATED: December 22, 2011 | GENOVESE JOBLOVE & BATTISTA, P.A. GLYNN & FINLEY, LLP |
| | By: /s/ Michael D. Joblove |
| | MICHAEL D. JOBLOVE |
| | NINA GREENE |
| | ADAM FRIEDENBERG |
| | Attorneys for Defendant Burger King Corporation |

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, it is ordered that the parties shall have to and including January 3, 2012 to file any objections to trial exhibits.

December 23, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE

3947651.1

-2-   CV 10-04511 WHA
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO FILE OBJECTIONS TO TRIAL EXHIBITS