**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11    ROY D NEWPORT,                              No. C-10-04511-WHA  (DMR)

12              Plaintiff(s),              **ORDER RE DISCOVERY HEARING**
                                          **SCHEDULED FOR JANUARY 12, 2012**
13         v.

14    BURGER KING CORP,

15              Defendant(s).
      _____/
16

17         The court is in receipt of Strategic's letter of January 5, 2012 requesting continuation of the

18    discovery hearing scheduled for January 12, 2012.  [Docket No. 470.]  After consultation with the

19    trial judge, the court shall go forward with the hearing as scheduled.

20

21         IT IS SO ORDERED.

22

23    Dated:  January 5, 2012

24                                          _____
                                            DONNA M. RYU
25                                          United States Magistrate Judge

26

27

28