**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAN VILLABHAPURAPU, ET AL.,

        Plaintiff(s),

   v.

BURGER KING CORP,

        Defendant(s).

————————————————/

ROY D. NEWPORT, ET AL.,

        Plaintiff(s),

   v.

BURGER KING CORP,

        Defendant(s).

————————————————/

No. C 11-0667 WHA (JCS)

**ORDER CLARIFYING ATTENDANCE AT THE SETTLEMENT CONFERENCE ON MAY 10, 2012**

No. C 10-4511 WHA (JCS)

    The Court issues this Order to clarify the Notice and Order Advancing Time for Further Settlement Conference issued on May 8, 2012.

    IT IS HEREBY ORDERED that unless specifically excused by the Court, all parties, all insurance carriers, and all their counsel shall attend the settlement conference, in person, on May 10, 2012.

    IT IS SO ORDERED.

Dated: May 9, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge