1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
3  Walnut Creek, CA 94596
   Telephone:    (925) 210-2800
4  Facsimile:    (925) 945-1975

5  GENOVESE JOBLOVE & BATTISTA, P.A.
   MICHAEL D. JOBLOVE (admitted *pro hac vice*)
6  NINA GREENE (admitted *pro hac vice*)
   100 SE 2nd Street, Suite 4400
7  Miami, Florida 33131
   Telephone:    (305) 349-2333
8  Facsimile:    (305) 349-2310

9  *Attorneys for Defendant/Counter-Claimant  Burger King Corporation*

10

                        UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12

13
   ROY D. NEWPORT et al,                    | **Case No.  CV-10-4511-WHA**
14
           Plaintiffs/Counter-Defendants,
15
      vs.                                   | **VOLUNTARY STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
16
   BURGER KING CORPORATION,
17
           Defendant/Counter-Claimant,
18
      vs.
19
   ANTELOPE VALLEY RESTAURANTS, INC.
20 et al,
21
           Counter-Defendants.
22

23

24     The Plaintiffs/Counter-Defendants, Roy D. Newport, *et al.*, Defendant/Counter-

25 Claimant, Burger King Corporation, and Counter-Defendants, Antelope Valley

26 Restaurants, Inc., *et al.*, represented by the undersigned counsel (collectively the

27
                                        - 1 -
28
                          **Case No.  CV-10-4511-WHA**
              VOLUNTARY STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

1  "Parties"), pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil
2  Procedure, hereby stipulate and agree that all claims, counter-claims, cross-claims and
3  third party claims asserted in this action shall be dismissed with prejudice. Each party
4  shall bear its own attorneys' fees and costs.

5  Dated: December 27, 2012              Respectfully submitted,

6                                         GENOVESE JOBLOVE & BATTISTA, P.A.
                                           Michael D. Joblove (*pro hac vice*)
7                                          Nina Greene (*pro hac vice*)
                                           Miami Tower, 44th Floor
8                                          100 S.E. Second Street
                                           Miami, Florida  33131
9
                                           GLYNN & FINLEY, LLP
10                                         Adam Friedenberg
                                           One Walnut Creek Center
11                                         100 Pringle Avenue, Suite 500
                                           Walnut Creek, CA  94596
12

13                                         By: /s/    Michael D. Joblove[1]
                                                  Michael D. Joblove
14                                         *Attorney for Defendant/Counter-Claimant Burger King Corporation*
15

16                                         AMIRA A. JACKMON (Bar No. 215280)
                                           AMIRA JACKMON
17                                         amira@jackmonlaw.com
                                           2342 Shattuck Avenue, #816
18                                         Berkeley, CA  94704
                                           Telephone:  (510) 868-0638
19                                         Facsimile:  (510) 981-1646

20                                         By: /s/     Amira A. Jackmon
                                                  Amira A. Jackmon
21                                         *Attorney for Counter-Defendant Willie C. Cook*

22

23

24  _____

25  [1] I, Michael D. Joblove, hereby attest that, pursuant to Local Rule 5.1 of the Civil Local
    Rules for the United States District Court for the Northern District of California,
26  concurrence in the filing of this document has been obtained from each of the other
    signatories herein.
27
                                          - 2 -
28
                              **Case No.  CV-10-4511-WHA**
              VOLUNTARY STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | RICHARD J. STRATTON, Bar No. 54648 |
| 2 | rstratton@hansonbridgett.com |
| | KURT A. FRANKLIN, Bar No. 172715 |
| 3 | kfranklin@hansonbridgett.com |
| | MEGAN OLIVER THOMPSON, Bar No. 256654 |
| 4 | moliverthompson@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA  94105 |
| | Telephone:  (415) 777-3200 |
| 6 | Facsimile:  (415) 541-9366 |
| 7 | By: /s/     Richard J. Stratton |
| | Richard J. Stratton |
| 8 | *Attorneys for Plaintiffs Roy D. Newport, et al.* |
| | *and certain Counter-Defendants all as listed on the* |
| 9 | *attached Schedule "A"* |
| 10 | JEFFER MANGELS BUTLER & MARMARO LLP |
| | MARTIN H. ORLICK |
| 11 | MHO@JMBM.com |
| | 1900 Avenue of the Stars, 7th Floor |
| 12 | Los Angeles, CA  90067 |
| | Telephone: (310) 201-3526 |
| 13 | Facsimile:  (310) 712-8526 |
| 14 | By: /s/     Martin H. Orlick |
| | Martin H. Orlick |
| 15 | *Attorneys for Counter-Defendants Strategic* |
| | *Restaurants Acquisition Company II, LLC, SRAC* |
| 16 | *Holdings I, Inc., and Jeffrey Comstock* |
| 17 | |
| 18 | NAMI LAW FIRM |
| | NIMA NAMI |
| | nnami@naslegal.com |
| 19 | 19800 MacArthur Boulevard |
| | Suite 1000 |
| 20 | Irvine, CA  92612 |
| | Telephone:  (949) 610-8535 |
| 21 | |
| 22 | By: /s/     Nima Nami |
| | Nima Nami |
| | *Attorney for Counter-defendants Arcadia Restaurant* |
| 23 | *Ventures, LLC, Danabo Arcadia Restaurant Ventures* |
| | *LLC, Dara Dejbakhsh, and Desert Restaurant* |
| 24 | *Ventures, LLC* |

- 3 -

**Case No.  CV-10-4511-WHA**
VOLUNTARY STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | LAW OFFICES OF KEVIN B. KEVORKIAN |
| 2 | KEVIN KEVORKIAN |
| | kbk@kevorkianlaw.net |
| 3 | 675 Hartz Avenue |
| | Danville, CA  94526 |
| | Telephone:  (925) 838-0900 |

By: /s/     Kevin B. Kevorkian
        Kevin B. Kevorkian
*Attorney for Counter-defendants John D. Mascali and Summit Equity Group, Inc.*


BARTH BERUS & CALDERON, LLP
DAVID CALDERON
david@barthattorneys.com
333 City Boulevard West, Suite 2050
Orange, California 92868
Telephone: (714) 704-4828 ext. 105
Fax: (714) 704-1513

By: /s/     David Calderon
        David Calderon
*Attorney for Counter-defendant Clifton Shigaki*

2000-599/3475

- 4 -

**Case No.  CV-10-4511-WHA**
VOLUNTARY STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE