# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 1 | 609 | Midas Enterprises Corporation<br>Chris Chen<br>Angela Chen |
| 2 | 726 | RLE Investment Corp.<br>Robert Eng |
| 3 | 733 | Mangen Group, Inc.<br>Howard Mangen |
| 4 | 780 | Evergreen Restaurant Group California, Inc.<br>Marshall J. Chuang<br>Roger Y. Li<br>Chris Chen<br>Andrew J. Cherng<br>Chi Wai Low<br>Daniel Y. Chu, individually and as Co-Trustee of the 11/26/96 Chu Family Trust<br>Patsy P. Chu, as Co-Trustee of the 11/26/96 Chu Family Trust<br>Herman Y. Li, individually and as Trustee of the 2/5/97 H.A.M. Family Trust<br>Herbert Y. Li, individually and as Co-Trustee of the 5/19/97 K.A.S. Family Trust<br>Siumay Li, as Co-Trustee of the 5/19/97 K.A.S. Family Trust<br>Chung Ching Chang, individually and as Co-Trustee of the 4/1/98 TECK Trust<br>Huei L. Chang, as Co-Trustee of the 4/1/98 TECK Trust |
| 5 | 814 | 952 Enterprises, LLC<br>Roger K. Swift, individually and as Trustee of 11/18/82 Swift Family Trust<br>Dietmar E. Schott, as Trustee of John M. Tworoger Revocable Trust |
| 6 | 817 | Puja Restaurant Group, Inc.<br>Jagdish R. Amin |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 7 | 835 | Evergreen Restaurant Group California, Inc.<br>Daniel Y. Chu, individually and as as Co-Trustee of 11/26/96 Chu Family Trust<br>Patsy P. Chu, as Co-Trustee of 11/26/96 Chu Family Trust<br>Marshall J. Chuang<br>Roger Y. Li<br>Chris Chen<br>Chi Wai Low<br>Andrew J. Cherng<br>Herman Y. Li, individually and as Trustee of the 2/5/97 H.A.M Family Trust<br>Herbert Y. Li, individually and as Co-Trustee of the K.A.S. Family Trust dated 5/19/97<br>Siumay Li, as Co-Trustee of the K.A.S. Family Trust dated 5/19/97<br>Chung Ching Chang, individually and as Co-Trustee of the 4/1/98 TECK Trust<br>Huei L. Chang, as Co-Trustee of the 4/1/98 TECK Trust |
| 8 | 896 | Puja Restaurant Group, Inc.<br>Jagdish R. Amin |
| 9 | 912 | Beach City, Inc.<br>Wilawan Foo |
| 10 | 918 | Herbert Hakimianpour<br>Robert Hakimianpour<br>Violet Hakimianpour<br>Elham Hakimianpour |
| 11 | 919 | Hakimianpour Santa Monica Group L.L.C<br>Herbert Hakimianpour<br>Robert Hakimianpour |
| 12 | 943 | Cimm's Incorporated<br>Lawrence P. Cimmarusti<br>Ralph J. Cimmarusti |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 13 | 977 | Sarah Wade Corporation<br>Gussie M. Hampton<br>David Lynwood Hairston |
| 14 | 1036 | Chu Investment, Inc.<br>Daniel Y. Chu<br>Patsy P. Chu |
| 15 | 1038 | C&L 28, Inc.<br>Daniel Y. Chu<br>Herman Y. Li<br>Herbert Y. Li<br>Roger Y. Li |
| 16 | 1346 | Metro Management Systems, Inc. (f/k/a Progressive Management Systems)<br>Paragon Management Services, Inc.<br>Ella A. Smothers |
| 17 | 1417 | Metro Management Systems, Inc. (f/k/a Progressive Management Systems)<br>Ella A. Smothers |
| 18 | 1572 | Rituraj Investments, Inc.<br>Amarjeet Ghai<br>Charanjit Ghai<br>Harshraj S. Ghai |
| 19 | 1682 | Brening Enterprises No. 4, Inc. (n/k/a Brening Enterprises, Inc.)<br>Richard A. Brening, Jr., individually and as Co-Trustee of Richard A. Brening Revocable Family Trust<br>Bonita Brening, as Co-Trustee of Richard A. Brening Revocable Family Trust |
| 20 | 1864 | Devil Mt. Foods - Pleasant Hill<br>William Scarbrough<br>Patricia Scarbrough |
| 21 | 1897 | Chris G. Bredesen<br>Abdul R. Khan |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 22 | 1937 | WDR Restaurants, Inc. (f/k/a HKR Restaurants, Inc.) (incorrectly named as HKR Restaurants, Inc. n/k/a WD Restaurants #1937, Inc.)<br><br>David C. Wurts |
| 23 | 1943 | Sacca Corp.<br><br>Sacca Family Corporation<br><br>Joseph A. Sacca<br><br>Anthony P. Sacca<br><br>Cathy Z. Sacca<br><br>John M. Benedict<br><br>Tina L. Benedict |
| 24 | 2022 | Rituraj Investments, Inc.<br><br>Amarjeet Ghai<br><br>Charanjit Ghai<br><br>Harshraj S. Ghai |
| 25 | 2032 | Gluba Holdings, LLC<br><br>Simmi Gulati<br><br>Sunil Gulati<br><br>George Fan<br><br>Yvette Fan |
| 26 | 2119 | Cimm's Incorporated<br><br>Lawrence P. Cimmarusti<br><br>Ralph J. Cimmarusti |
| 27 | 2149 | Herbert Hakimianpour<br><br>Robert Hakimianpour |
| 28 | 2215 | Herbert Hakimianpour<br><br>Robert Hakimianpour |
| 29 | 2268 | C&S Foods, Inc.<br><br>David Knox<br><br>Todd Knox |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 30 | 2279 | Patel Brothers, Inc.<br><br>Jayant F. Patel<br><br>Pravin F. Patel |
| 31 | 2319 | HG Foods LLC<br><br>Terry O. Hartshorn, individually and as trustee of the Hartshorn Living Trust dated 3/16/83<br><br>Gary Geiger |
| 32 | 2359 | Cimm's Incorporated<br><br>Lawrence P. Cimmarusti<br><br>Ralph J. Cimmarusti |
| 33 | 2399 | Mangen Group, Inc.<br><br>Howard Mangen |
| 34 | 2473 | Antelope Valley Restaurants, Inc.<br><br>Roy D. Newport<br><br>Lynn A. Hartje<br><br>Larry D. Ralston |
| 35 | 2474 | Brening Enterprises, L.P.<br><br>Richard A. Brening, Jr., individually and as Co-Trustee of Richard A. Brening Revocable Family Trust<br><br>Bonita Brening, as Co-Trustee of Richard A. Brening Revocable Family Trust<br><br>Leslie Broadland<br><br>Scott Brening<br><br>Gregory R. Brening |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 36 | 2505 | Sacca Corp.<br><br>Sacca Family Corporation<br><br>Joseph A. Sacca<br><br>Anthony P. Sacca<br><br>Cathy Z. Sacca<br><br>John M. Benedict<br><br>Tina L. Benedict |
| 37 | 2521 | Kern Desert Foods, Inc.<br><br>Carolyn P. Arnold<br><br>Albert Gonzalez, III |
| 38 | 2563 | Deep Valley Enterprises, Inc.<br><br>Joseph C. Kruger<br><br>Vicky L. Kruger |
| 39 | 2671 | HG Foods LLC<br><br>Terry O. Hartshorn, individually and as Trustee of the Hartshorn Living Trust dated 3/16/83<br><br>Gary Geiger |
| 40 | 2891 | Brening Enterprises No. 3, Inc.<br><br>Richard A. Brening, Jr., individually and as Co-Trustee of Richard A. Brening Revocable Family Trust<br><br>Gregory R. Brening<br><br>Bonita Brening, as Co-Trustee of Richard A. Brening Revocable Family Trust |
| 41 | 2893 | Shakeb H. Zuberi<br><br>Syed Musavi |
| 42 | 2901 | Antelope Valley Restaurants, Inc.<br><br>Roy D. Newport<br><br>Lynn A. Hartje<br><br>Larry D. Ralston |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 43 | 2976 | Brening Enterprises No. 3, Inc.<br><br>Richard A. Brening, Jr., individually and as Co-Trustee of Richard A. Brening Revocable Family Trust<br><br>Gregory R. Brening<br><br>Bonita Brening, as Co-Trustee of Richard A. Brening Revocable Family Trust |
| 44 | 3034 | Union Foods, Inc.<br><br>Richard G. Whitehurst<br><br>Lorraine D. Whitehurst |
| 45 | 3147 | Jose Villaflor<br><br>Susan A. Villaflor |
| 46 | 3157 | Centennial Restaurants LLC<br><br>Joseph Rubin<br><br>Donna Rubin |
| 47 | 3208 | J and A Food Service, Inc.<br><br>Joseph K. Wong |
| 48 | 3217 | Dhillon ABS Investment, Inc.<br><br>Balbir S. Dhillon |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 49 | 3233 | B-Y-J Partners<br>Thomas E. Yeager, individually and as Co-Trustee of the Yeager Family Trust dated February 3, 2000<br>Peggy E. Yeager, as Co-Trustee of the Yeager Family Trust dated February 3, 2000<br>James Stinnett, individually and as Co-Trustee of the Stinnett Family Trust<br>Judy Stinnett, as Co-Trustee of the Stinnett Family Trust<br>Richard A. Agins, individually and as Co-Trustee of the Agins Family Trust,<br>Donna Agins, as Co-Trustee of the Agins Family Trust<br>Dean Frank Busch, Sr., individually and as Co-Trustee of the Dean Frank Busch, Sr. and Nancy Mae Busch Family Trust dated April 23, 1982<br>Nancy Mae Busch, as Co-Trustee of the Dean Frank Busch, Sr. and Nancy Mae Busch Family Trust dated April 23, 1982<br>JimRich Restaurant Investment Corporation<br>P. A. & B. Investments, Inc. |
| 50 | 3246 | S.J. Quickbite, Inc.<br>Hansa V. Chhaddva |
| 51 | 3316 | Vincent F. Eupierre |
| 52 | 3355 | Evergreen Restaurant Group California, Inc.<br>Daniel Y. Chu, as Co-Trustee of 11/26/96 Chu Family Trust<br>Patsy P. Chu, as Co-Trustee of 11/26/96 Chu Family Trust<br>Marshall J. Chuang<br>Roger Y. Li<br>Chris Chen<br>Andrew J. Cherng<br>Chi Wai Low<br>Herman Y. Li, individually and as Trustee of the 2/5/97 H.A.M. Family Trust<br>Herbert Y. Li, individually and as Co-Trustee of the K.A.S. Family Trust dated 5/19/97<br>Siumay Li, as Co-Trustee of the K.A.S. Family Trust dated 5/19/97<br>Chung Ching Chang, as Co-Trustee of the 4/1/98 TECK Trust<br>Huei L. Chang, as Co-Trustee of the 4/1/98 TECK Trust |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 53 | 3441 | C&R Foods, Inc.<br>Lynn McNeely, individually and as FBO of Evelyn Richmond Testamentary Trust<br>Byron Crossen, individually and as FBO of Evelyn Richmond Testamentary Trust<br>Kyle Redding, as FBO of Evelyn Richmond Testamentary Trust |
| 54 | 3459 | Shenandoah Valley Enterprises, Inc.<br>David Knox<br>Todd Knox |
| 55 | 3530 | Bayshore Foods, Inc.<br>David J. Davis |
| 56 | 3530 | Eureka Fortune, Inc.<br>Nasser Aliabadi<br>Wai-Maw Szeto |
| 57 | 3587 | Puja Restaurant Group, Inc.<br>Jagdish R. Amin |
| 58 | 4039 | Ravind Ent., Inc.<br>Ravi Batra<br>Vinod Sawhney |
| 59 | 4075 | Hart Foods, Inc.<br>Rakesh N. Patel<br>Sunil G. Desai<br>Sanjay S. Rangan<br>Narangi R. Patel |
| 60 | 4088 | Puja Restaurant Group, Inc.<br>Jagdish R. Amin |
| 61 | 4405 | Dominic Ho<br>John Yee |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 62 | 4552 | Batla Restaurant Group, Inc.<br>Masroor A. Batla<br>Tallat Batla |
| 63 | 4641 | Reddy Holly, L.P.<br>Reeddy, Inc.<br>Roland Eddy, individually and as Trustee of the 1/16/96 Roland and Evelyn Eddy Family Trust, Trust "A" |
| 64 | 4641 | Piyas Corporation<br>Vetit Piyas |
| 65 | 5150 | Mangen Group, Inc.<br>Howard Mangen |
| 66 | 6028 | S.J. Quickbite, Inc.<br>Hansa V. Chhaddva |
| 67 | 6816 | Card Investment, Inc.<br>Charles D. Cobb<br>Robert T. Chiu |
| 68 | 6931 | Card Investment, Inc.<br>Charles D. Cobb<br>Robert T. Chiu |
| 69 | 6947 | Tri-City Foods, Inc.<br>Hiten Patel<br>Vimal Patel<br>Jayant F. Patel |
| 70 | 10567 | Mangen Group, Inc.<br>Howard Mangen |
| 71 | 11490 | Cimm's Incorporated<br>Lawrence P. Cimmarusti<br>Ralph J. Cimmarusti |

# Exhibit A

| | STORE NUMBER | ASSOCIATED FRANCHISEES, LESSEES, AND GUARANTORS |
|---|---|---|
| 72 | 13580 | Reddy Holly, L.P.<br><br>Reeddy, Inc.<br><br>Roland Eddy, individually and as Trustee of the 1/16/96 Roland and Evelyn Eddy Family Trust, Trust "A" |
| 73 | 13580 | Piyas Corporation<br><br>Vetit Piyas |
| 74 | 15079 | Gate 74, Inc.<br><br>Jae Chung |
| 75 | 15079 | SFO Equities, LLC<br><br>Jose F. Placencia |
| 76 | 16563 | Cimm's Incorporated<br><br>Lawrence P. Cimmarusti<br><br>Ralph J. Cimmarusti |